# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re: §
§
STECKER, SCOTT E § Case No. 10-72319
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on    . The undersigned trustee was appointed on    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]           $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

  5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

  6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/DANIEL M. DONAHUE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-72319 MLB Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STECKER, SCOTT E | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | 341(a) Meeting Date: | 06/28/10 |
| For Period Ending: 12/20/12 | | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 314 North Woodlawn Road Cr | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. One-Third Ownership Interest Pre-Fabricated Light | 90,000.00 | 4,024.42 | | 4,024.42 | FA |
| 3. 12 1/2% undivided interest in 80 acres of farm lan | 67,000.00 | 49,200.00 | | 49,200.00 | FA |
| 4. Cash on hand | 1,400.00 | 0.00 | | 0.00 | FA |
| 5. Personal Checking Account at Castle Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6. Business Checking Account at Castle Bank (Scott St | 100.00 | 0.00 | | 0.00 | FA |
| 7. STS Farm Account with father (Thomas F. Stecker) a | 100.00 | 0.00 | | 0.00 | FA |
| 8. Resource Bank Corporate Real Estate Account with f | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1 TV; Entertainment Center; Kitchen Table and Chai | 1,250.00 | 0.00 | | 0.00 | FA |
| 10. Standard Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 12. Term Policy | 1.00 | 0.00 | | 0.00 | FA |
| 13. Pekin Insurance Whole Life Policy | 3,887.54 | 0.00 | | 0.00 | FA |
| 14. 1/3 Ownership Interest in Resourceful Valley Truck | 750.00 | 0.00 | | 0.00 | FA |
| 15. 1977 Steiger Bear Cat 225 | 7,500.00 | 0.00 | | 0.00 | FA |
| 16. 1992 Peterbilt 379 Semi (Title Pledged to Lincoln | 5,500.00 | 0.00 | | 0.00 | FA |
| 17. 1993 Ford F250 4X4 pickup | 875.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Chevy Silverado Z71 Pickup | 2,900.00 | 0.00 | | 0.00 | FA |
| 19. 2000 Skidoo MXZ 500 snowmobile | 500.00 | 0.00 | | 0.00 | FA |
| 20. Laptop with accessories | 250.00 | 0.00 | | 0.00 | FA |
| 21. Various office supplies | 250.00 | 0.00 | | 0.00 | FA |
| 22. Tools and Miscellaneous Tooling Accessories | 550.00 | 0.00 | | 0.00 | FA |
| 23. Miscellaneous Trucking Supplies | 500.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $289,163.54 | $53,224.42 | | $53,224.42 | $0.00 |

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| Case No: | 10-72319  MLB  Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STECKER, SCOTT E | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | 341(a) Meeting Date: | 06/28/10 |
| | | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.

Initial Projected Date of Final Report (TFR): 12/01/11    Current Projected Date of Final Report (TFR): 12/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-72319 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STECKER, SCOTT E | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******6211  GENERAL CHECKING |
| Taxpayer ID No: | *******9264 | | |
| For Period Ending: | 12/20/12 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/12 | 3 | HILL FARM TRUST #1 POB 68 CRESTON, IL  60113 | INTEREST IN FARMLAND | 1129-000 | 1,700.00 | | 1,700.00 |
| 08/07/12 | 001000 | OGLE COUNTY CIRCUIT CLERK 106 S. 5TH ST., #300 OREGON, IL  61061 | FILING FEE - 10 CH 51 | 2990-000 | | 128.00 | 1,572.00 |
| 08/21/12 | 3 | MURIEL HILL | 12 1/2% INTEREST IN FARMLAND | 1129-000 | 47,500.00 | | 49,072.00 |
| 08/22/12 | 2 | OGLE COUNTY SHERIFF OGLE COUNTY, ILLINOIS | 1/3 FUNDS FROM STATE COURT JUDGMENT | 1129-000 | 4,024.42 | | 53,096.42 |
| 10/02/12 | 001001 | RESOURCE BANK c/o Tait J. Lundgren The Foster & Buick Law Group, LLC 2040 Aberdeen Court Sycamore, IL 61078 | SECURITY INTEREST - HILL FARM TRUST PURSUANT TO MOTION TO COMPROMISE - ORDER DATED 8/15/12 | 4110-000 | | 15,650.00 | 37,446.42 |
| 10/29/12 | 001002 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 7,185.00 | 30,261.42 |
| 10/29/12 | 001003 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 298.81 | 29,962.61 |
| 11/08/12 | 001004 | ILLINOIS DEPARTMENT OF REVENUE POB 19053 SPRINGFIELD, IL  62794-9053 | INCOME TAXES DUE IL-1041 - Tax Year Ending: 10/31/12 FEIN:  80-6219264 | 2820-000 | | 2,561.00 | 27,401.61 |
| 12/03/12 | 001005 | BENNING GROUP, LLC 6785 WEAVER RD., STE. 2A ROCKFORD, IL  61114 | ACCOUNTING FEES Invoice dated:  11/6/12 | 3410-000 | | 500.00 | 26,901.61 |

Page Subtotals       53,224.42       26,322.81

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| | | |
|---|---|---|
| Case No: | 10-72319 -MLB | Trustee Name: DANIEL M. DONAHUE |
| Case Name: | STECKER, SCOTT E | Bank Name: CONGRESSIONAL BANK |
| | | Account Number / CD #: *******6211  GENERAL CHECKING |
| Taxpayer ID No: | *******9264 | |
| For Period Ending: | 12/20/12 | Blanket Bond (per case limit): $ 1,500,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 53,224.42 | 26,322.81 | 26,901.61 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 53,224.42 | 26,322.81 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 53,224.42 | 26,322.81 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | GENERAL CHECKING - ********6211 | | 53,224.42 | 26,322.81 | 26,901.61 |
| | | | | | ----------------------- | ----------------------- | ----------------------- |
| | | | | | 53,224.42 | 26,322.81 | 26,901.61 |
| | | | | | ============= | ============= | ============= |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: December 20, 2012 |
|---|---|---|---|---|---|---|
| Case Number: 10-72319<br>Debtor Name: STECKER, SCOTT E | | | Claim Type Sequence | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 001<br>3110-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $9,436.50 | $9,436.50 |
| 001<br>3120-00 | MCGREEVY WILLIAMS | Administrative | | $0.00 | $405.31 | $405.31 |
| 000001A<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $12,687.80 | $12,687.80 |
| 000008A<br>058<br>5800-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $2,894.76 | $2,894.76 |
| 000001B<br>070<br>7100-00 | Department of the Treasury<br>Internal Revneue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $12,850.37 | $12,850.37 |
| 000002<br>070<br>7100-00 | Hintzsche Fertilizer Inc.<br>c/o Attorney Jeffrey L. Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Unsecured | | $0.00 | $8,061.71 | $8,061.71 |
| 000003<br>070<br>7100-00 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $0.00 | $5,997.94 | $5,997.94 |
| 000004<br>070<br>7100-00 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $7,287.21 | $7,287.21 |
| 000005<br>070<br>7100-00 | Resource Bank, N.A.<br>201 State Route 38<br>Malta, IL 60150 | Unsecured | | $0.00 | $72,820.55 | $72,820.55 |
| 000006<br>070<br>7100-00 | Resource Bank, N.A.<br>201 State Route 38<br>Malta, IL 60150 | Unsecured | | $0.00 | $9,460.01 | $9,460.01 |
| 000007<br>070<br>7100-00 | Resource Bank, N.A.<br>201 State Route 38<br>Malta, IL 60150 | Unsecured | | $0.00 | $9,069.94 | $9,069.94 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: December 20, 2012 |

Case Number: 10-72319  
Debtor Name: STECKER, SCOTT E

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000008B 080 7200-00 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | Unsecured | | $0.00 | $277.44 | $277.44 |
| | Case Totals: | | | $0.00 | $151,249.54 | $151,249.54 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-72319
Case Name: STECKER, SCOTT E
Trustee Name: DANIEL M. DONAHUE

Balance on hand                                                                 $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ | $ | $ |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ | $ | $ |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses          $_____

Remaining Balance                                                              $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ | $ | $ |
| 000008A | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to priority creditors      $_____

Remaining Balance      $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Hintzsche Fertilizer Inc. | $ | $ | $ |
| 000003 | FIA CARD SERVICES, N.A. | $ | $ | $ |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ | $ | $ |
| 000005 | Resource Bank, N.A. | $ | $ | $ |
| 000006 | Resource Bank, N.A. | $ | $ | $ |
| 000007 | Resource Bank, N.A. | $ | $ | $ |
| 000001B | Department of the Treasury | $ | $ | $ |

Total to be paid to timely general unsecured creditors      $_____

Remaining Balance      $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008B | Illinois Department of Revenue | $ | $ | $ |

Total to be paid to tardy general unsecured creditors     $_____

Remaining Balance     $_____

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE