Certificate of Notice   Page 1 of 7

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| STECKER, SCOTT E | § § | Case No. 10-72319 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DANIEL M. DONAHUE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          U.S. Bankruptcy Clerk's Office
          Stanley J. Roszkowski U.S. Courthouse
          327 South Church Street
          Room 1100
          Rockford, Illinois 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/11/2013 in Courtroom 3100,
          United States Courthouse
          327 South Church Street
          Rockford, IL 61101
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

                                    By: /s/ Daniel M. Donahue
                                                    Trustee

*DANIEL M. DONAHUE*
*P.O. BOX 2903*
*ROCKFORD, IL 61132-2903*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| STECKER, SCOTT E | § | Case No. 10-72319 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 53,224.42 |
| and approved disbursements of | $ | 26,322.81 |
| leaving a balance on hand of[1] | $ | 26,901.61 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DANIEL M. DONAHUE | $ 5,911.22 | $ 0.00 | $ 5,911.22 |
| Attorney for Trustee Fees: MCGREEVY WILLIAMS | $ 9,436.50 | $ 7,185.00 | $ 2,251.50 |
| Attorney for Trustee Expenses: MCGREEVY WILLIAMS | $ 405.31 | $ 298.81 | $ 106.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 8,269.22 |
| Remaining Balance | | $ | 18,632.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 15,582.56 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001A | Department of the Treasury | $ 12,687.80 | $ 0.00 | $ 12,687.80 |
| 000008A | Illinois Department of Revenue | $ 2,894.76 | $ 0.00 | $ 2,894.76 |
| | Total to be paid to priority creditors | | | $ 15,582.56 |
| | Remaining Balance | | | $ 3,049.83 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 125,547.73 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Hintzsche Fertilizer Inc. | $ 8,061.71 | $ 0.00 | $ 195.84 |
| 000003 | FIA CARD SERVICES, N.A. | $ 5,997.94 | $ 0.00 | $ 145.70 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 7,287.21 | $ 0.00 | $ 177.02 |
| 000005 | Resource Bank, N.A. | $ 72,820.55 | $ 0.00 | $ 1,768.97 |
| 000006 | Resource Bank, N.A. | $ 9,460.01 | $ 0.00 | $ 229.81 |
| 000007 | Resource Bank, N.A. | $ 9,069.94 | $ 0.00 | $ 220.33 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Department of the Treasury | $ 12,850.37 | $ 0.00 | $ 312.16 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,049.83 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 277.44 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008B | Illinois Department of Revenue | $ 277.44 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Daniel M. Donahue
Trustee


DANIEL M. DONAHUE
P.O. BOX 2903
ROCKFORD, IL 61132-2903


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (5/1/2011) *(Page: 4)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 10-72319-TML
Scott E. Stecker                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: vgossett              Page 1 of 3              Date Rcvd: Jan 16, 2013
                              Form ID: pdf006             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2013.
```
db          +Scott E. Stecker,   P.O. Box 216,   Creston, IL 60113-0216
15526618     Allied Interstate Inc,   P.O. Box 361684,   Columbus, OH 43236-1684
15526620    +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
15526621    +Chase/Bank One Card Services,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
15526622    +Citibank CBSD NA,   701 E. 60th St. North,   Sioux Falls, SD 57104-0493
15526623   #+Creditors Interchange,   80 Holtz Drive,   Buffalo, NY 14225-1470
18835610     FIA CARD SERVICES, N.A.,   PO Box 15102,   Wilmington, DE 19886-5102
15526626    +HSBC Best Buy,   P.O. Box 5253,   Carol Stream, IL 60197-5253
15526625    +Hintzsche Fertilizer Inc.,   c/o Attorney Jeffrey L. Lewis,   2045 Aberdeen Court,
              Sycamore, IL 60178-3140
19065115     Illinois Department of Revenue,   Bankruptcy Section,   P.O. Box 64338,   Chicago, IL  60664-0338
15526627     Illinois Dept. of Revenue,   P.O. Box 19035,   Springfield, IL 62794-9035
15526630    +Lincoln State Bank,   304 E. Highway 38,   P.O. Box 378,   Rochelle, IL 61068-0378
15526632     Northstar Location Services, LLC,   4285 Genesee Street,   Cheektowaqgaq, NY 14225-1943
15526634    +Pentagroup Financial, LLC,   P.O. Box 742209,   Houston, TX 77274-2209
19001735    +Resource Bank, N.A.,   c/o Foster and Buick Law Group, LLC,   2040 Aberdeen Court,
              Sycamore, IL 60178-3140
15526637     Riddle and Associates PC,   11778 S Election D., Suite 240,   Draper, UT 84020
15526638    +Rochelle Oil,   103 East 2nd Avenue,   Rochelle, IL 61068-1891
15526639    +SST/CIGPFI Corp.,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
15526640    +SST/Columbus Bank & Trust,   4315 Pickett Road,   Saint Joseph, MO 64503-1600
15526641    +Thomas F. Stecker,   P.O. Box 216,   Creston, IL 60113-0216
15526642     Todd Stecker,   7520 South Woodlawn Road,   Rochelle, IL 61068
15526643    +Williams and McCarthy,   P.O. Box 339,   Oregon, IL 61061-0339
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15526628     E-mail/Text: cio.bncmail@irs.gov Jan 17 2013 02:35:12    Department of the Treasury,
              Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
15526624    +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2013 02:52:17     GEMB/Lowes,   P.O. Box 981400,
              El Paso, TX 79998-1400
18666520     E-mail/Text: cio.bncmail@irs.gov Jan 17 2013 02:35:12    Internal Revenue Service,
              P.O. Box 970024,   Saint Louis, MO 63197-0024
15526629     E-mail/Text: bnckohlsnotices@becket-lee.com Jan 17 2013 02:37:12    Kohls/Chase,   P.O. Box 3115,
              Milwaukee, WI 53201-3115
15526631    +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 17 2013 02:46:15    NCO Financial Systems,
              P.O. Box 15889,   Wilmington, DE 19850-5889
18996563    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 17 2013 02:36:34
              PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15526636     Resourceful Valley Trucking, Inc.
15526619   ##+Bank Of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
15526633   ##+Paragon Way Inc.,   7500 Rialto Blvd.,   Building 1, Suite 100,   Austin, TX 78735-8532
15526635   ##+Resource Bank, N.A.,   201 State Route 38,   Malta, IL 60150-9565
                                                                                   TOTALS: 1, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: vgossett          Page 2 of 3          Date Rcvd: Jan 16, 2013
                              Form ID: pdf006         Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 18, 2013**                **Signature:**    _Joseph Speetjens_

```
District/off: 0752-3          User: vgossett           Page 3 of 3            Date Rcvd: Jan 16, 2013
                              Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2013 at the address(es) listed below:
          Daniel  Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    on behalf of Accountant Julie A. Cunningham ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel  Donahue    ddonahue@mjwpc.com, ddonahue@ecf.epiqsystems.com
          Daniel M Donahue    on behalf of Trustee Daniel  Donahue ddonahue@mjwpc.com
          Jason H Rock    on behalf of Debtor Scott E. Stecker jrock@bslbv.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy J Conklin    on behalf of Creditor   Resource Bank, N.A. tconklin@fosterbuick.com, smaahs@fosterbuick.com

          TOTAL: 7