UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
STECKER, SCOTT E § Case No. 10-72319
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DANIEL M. DONAHUE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/DANIEL M. DONAHUE_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lincoln State Bank 304 E. Highway 38 P.O. Box 378 Rochelle, IL 61068 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lincoln State Bank 304 E. Highway 38 P.O. Box 378 Rochelle, IL 61068 | | | | | |
| | Resource Bank, N.A. c/o Foster and Buick Law Group, LLC 2040 Aberdeen Court Sycamore, IL 60178 | | | | | |
| | Resource Bank, N.A. c/o Foster and Buick Law Group, LLC 2040 Aberdeen Court Sycamore, IL 60178 | | | | | |
| | RESOURCE BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DANIEL M. DONAHUE, TRUSTEE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| OGLE COUNTY CIRCUIT CLERK | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MCGREEVY WILLIAMS | | | | | |
| MCGREEVY WILLIAMS | | | | | |
| BENNING GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept. of Revenue P.O. Box 19035 Springfield, IL 62794-9035 | | | | | |
| | Internal Revenue Service P.O. Box 970024 Saint Louis, MO 63197-0024 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001A | DEPARTMENT OF THE TREASURY | | | | | |
| 000008A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Interstate Inc P.O. Box 361684 Columbus, OH 43236-1684 | | | | | |
| | Bank Of America P.O. Box 15026 Wilmington, DE 19850 | | | | | |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase/Bank One Card Services 800 Brooksedge Blvd Westerville, OH 43081 | | | | | |
| | Citibank CBSD NA 701 E. 60th St. North Sioux Falls, SD 57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditors Interchange 80 Holtz Drive Buffalo, NY 14225 | | | | | |
| | GEMB/Lowes P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | HSBC Best Buy P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hintzsche Fertilizer Inc. c/o Attorney Jeffrey L. Lewis 2045 Aberdeen Court, Suite A Sycamore, IL 60178 | | | | | |
| | Kohls/Chase P.O. Box 3115 Milwaukee, WI 53201-3115 | | | | | |
| | NCO Financial Systems P.O. Box 15889 Wilmington, DE 19850-7095 | | | | | |
| | Northstar Location Services, LLC 4285 Genesee Street Cheektowaqgaq, NY 14225-1943 | | | | | |
| | Paragon Way Inc. 7500 Rialto Blvd. Building 1, Suite 100 Austin, TX 78735 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pentagroup Financial, LLC P.O. Box 742209 Houston, TX 77274 | | | | | |
| | Resource Bank, N.A. c/o Foster and Buick Law Group, LLC 2040 Aberdeen Court Sycamore, IL 60178 | | | | | |
| | Resource Bank, N.A. c/o Foster and Buick Law Group, LLC 2040 Aberdeen Court Sycamore, IL 60178 | | | | | |
| | Riddle and Associates PC 11778 S Election D., Suite 240 Draper, UT 84020 | | | | | |
| | Rochelle Oil 103 East 2nd Avenue Rochelle, IL 61068 | | | | | |
| | SST/CIGPFI Corp. 4315 Pickett Road Saint Joseph, MO 64503 | | | | | |
| | SST/Columbus Bank & Trust 4315 Pickett Road Saint Joseph, MO 64503 | | | | | |
| | Williams and McCarthy P.O. Box 339 Oregon, IL 61061 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001B | DEPARTMENT OF THE TREASURY | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | HINTZSCHE FERTILIZER INC. | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000005 | RESOURCE BANK, N.A. | | | | | |
| 000006 | RESOURCE BANK, N.A. | | | | | |
| 000007 | RESOURCE BANK, N.A. | | | | | |
| 000008B | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 10-72319 | MLB | Judge: MANUEL BARBOSA | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|---|---|
| Case Name: | STECKER, SCOTT E | | | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | | | 341(a) Meeting Date: | 06/28/10 |
| For Period Ending: | 04/09/13 | | | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Residence 314 North Woodlawn Road Cr | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. One-Third Ownership Interest Pre-Fabricated Light | 90,000.00 | 4,024.42 | | 4,024.42 | FA |
| 3. 12 1/2% undivided interest in 80 acres of farm lan | 67,000.00 | 49,200.00 | | 49,200.00 | FA |
| 4. Cash on hand | 1,400.00 | 0.00 | | 0.00 | FA |
| 5. Personal Checking Account at Castle Bank | 50.00 | 0.00 | | 0.00 | FA |
| 6. Business Checking Account at Castle Bank (Scott St | 100.00 | 0.00 | | 0.00 | FA |
| 7. STS Farm Account with father (Thomas F. Stecker) a | 100.00 | 0.00 | | 0.00 | FA |
| 8. Resource Bank Corporate Real Estate Account with f | 100.00 | 0.00 | | 0.00 | FA |
| 9. 1 TV; Entertainment Center; Kitchen Table and Chai | 1,250.00 | 0.00 | | 0.00 | FA |
| 10. Standard Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 11. Wedding Ring | 200.00 | 0.00 | | 0.00 | FA |
| 12. Term Policy | 1.00 | 0.00 | | 0.00 | FA |
| 13. Pekin Insurance Whole Life Policy | 3,887.54 | 0.00 | | 0.00 | FA |
| 14. 1/3 Ownership Interest in Resourceful Valley Truck | 750.00 | 0.00 | | 0.00 | FA |
| 15. 1977 Steiger Bear Cat 225 | 7,500.00 | 0.00 | | 0.00 | FA |
| 16. 1992 Peterbilt 379 Semi (Title Pledged to Lincoln | 5,500.00 | 0.00 | | 0.00 | FA |
| 17. 1993 Ford F250 4X4 pickup | 875.00 | 0.00 | | 0.00 | FA |
| 18. 2000 Chevy Silverado Z71 Pickup | 2,900.00 | 0.00 | | 0.00 | FA |
| 19. 2000 Skidoo MXZ 500 snowmobile | 500.00 | 0.00 | | 0.00 | FA |
| 20. Laptop with accessories | 250.00 | 0.00 | | 0.00 | FA |
| 21. Various office supplies | 250.00 | 0.00 | | 0.00 | FA |
| 22. Tools and Miscellaneous Tooling Accessories | 550.00 | 0.00 | | 0.00 | FA |
| 23. Miscellaneous Trucking Supplies | 500.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $289,163.54 | $53,224.42 | | $53,224.42 | $0.00 |

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Case 10-72319    Doc 70    Filed 04/22/13    Entered 04/22/13 15:42:32    Desc Main
Document      Page 11 of 14

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 10-72319 | MLB | Judge: MANUEL BARBOSA | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STECKER, SCOTT E | | | | Date Filed (f) or Converted (c): | 05/04/10 (f) |
| | | | | | 341(a) Meeting Date: | 06/28/10 |
| | | | | | Claims Bar Date: | 06/15/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Nothing remains to be done.


Initial Projected Date of Final Report (TFR): 12/01/11      Current Projected Date of Final Report (TFR): 12/01/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-72319 -MLB | Trustee Name: | DANIEL M. DONAHUE |
|---|---|---|---|
| Case Name: | STECKER, SCOTT E | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******6211  GENERAL CHECKING |
| Taxpayer ID No: | *******9264 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/08/12 | 3 | HILL FARM TRUST #1<br>POB 68<br>CRESTON, IL  60113 | INTEREST IN FARMLAND | 1129-000 | 1,700.00 | | 1,700.00 |
| 08/07/12 | 001000 | OGLE COUNTY CIRCUIT CLERK<br>106 S. 5TH ST., #300<br>OREGON, IL  61061 | FILING FEE - 10 CH 51 | 2990-000 | | 128.00 | 1,572.00 |
| 08/21/12 | 3 | MURIEL HILL | 12 1/2% INTEREST IN FARMLAND | 1129-000 | 47,500.00 | | 49,072.00 |
| 08/22/12 | 2 | OGLE COUNTY SHERIFF<br>OGLE COUNTY, ILLINOIS | 1/3 FUNDS FROM STATE COURT JUDGMENT | 1129-000 | 4,024.42 | | 53,096.42 |
| 10/02/12 | 001001 | RESOURCE BANK<br>c/o Tait J. Lundgren<br>The Foster & Buick Law Group, LLC<br>2040 Aberdeen Court<br>Sycamore, IL 61078 | SECURITY INTEREST - HILL FARM TRUST PURSUANT TO MOTION TO COMPROMISE - ORDER DATED 8/15/12 | 4110-000 | | 15,650.00 | 37,446.42 |
| 10/29/12 | 001002 | MCGREEVY WILLIAMS, P.C. | Attorney Fees | 3110-000 | | 7,185.00 | 30,261.42 |
| 10/29/12 | 001003 | MCGREEVY WILLIAMS, P.C. | Attorney Expenses | 3120-000 | | 298.81 | 29,962.61 |
| 11/08/12 | 001004 | ILLINOIS DEPARTMENT OF REVENUE<br>POB 19053<br>SPRINGFIELD, IL  62794-9053 | INCOME TAXES DUE<br>IL-1041 - Tax Year Ending: 10/31/12<br>FEIN: 80-6219264 | 2820-000 | | 2,561.00 | 27,401.61 |
| 12/03/12 | 001005 | BENNING GROUP, LLC<br>6785 WEAVER RD., STE. 2A<br>ROCKFORD, IL  61114 | ACCOUNTING FEES<br>Invoice dated:  11/6/12 | 3410-000 | | 500.00 | 26,901.61 |
| 02/11/13 | 001006 | DANIEL M. DONAHUE, TRUSTEE<br>P.O. BOX 2903<br>ROCKFORD, IL  61132-2903 | Chapter 7 Compensation/Fees | 2100-000 | | 5,911.22 | 20,990.39 |
| 02/11/13 | 001007 | MCGREEVY WILLIAMS | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,251.50 | 18,738.89 |
| 02/11/13 | 001008 | MCGREEVY WILLIAMS | Attorney for Trustee Expenses (Trus | 3120-000 | | 106.50 | 18,632.39 |
| 02/11/13 | 001009 | Department of the Treasury | Claim 000001A, Payment 100.0% | 5800-000 | | 12,687.80 | 5,944.59 |

Page Subtotals    53,224.42    47,279.83

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 10-72319 -MLB | | Trustee Name: | DANIEL M. DONAHUE |
| Case Name: | STECKER, SCOTT E | | Bank Name: | CONGRESSIONAL BANK |
| | | | Account Number / CD #: | *******6211  GENERAL CHECKING |
| Taxpayer ID No: | *******9264 | | | |
| For Period Ending: | 04/09/13 | | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | | | | |
| 02/11/13 | 001010 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000008A, Payment 100.0% | 5800-000 | | 2,894.76 | 3,049.83 |
| 02/11/13 | 001011 | Department of the Treasury<br>Internal Revneue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Claim 000001B, Payment 2.4% | 7100-000 | | 312.16 | 2,737.67 |
| 02/11/13 | 001012 | Hintzsche Fertilizer Inc.<br>c/o Attorney Jeffrey L. Lewis<br>2045 Aberdeen Court<br>Sycamore, IL 60178 | Claim 000002, Payment 2.4% | 7100-000 | | 195.84 | 2,541.83 |
| 02/11/13 | 001013 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Claim 000003, Payment 2.4% | 7100-000 | | 145.70 | 2,396.13 |
| 02/11/13 | 001014 | PYOD, LLC its successors and assigns as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 2.4% | 7100-000 | | 177.02 | 2,219.11 |
| 02/11/13 | 001015 | Resource Bank, N.A.<br>201 State Route 38<br>Malta, IL 60150 | Claim 000005, Payment 2.4% | 7100-000 | | 1,768.97 | 450.14 |
| 02/11/13 | 001016 | Resource Bank, N.A.<br>201 State Route 38<br>Malta, IL 60150 | Claim 000006, Payment 2.4% | 7100-000 | | 229.81 | 220.33 |
| 02/11/13 | 001017 | Resource Bank, N.A. | Claim 000007, Payment 2.4% | 7100-000 | | 220.33 | 0.00 |

Page Subtotals         0.00         5,944.59

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-72319 -MLB | Trustee Name: | DANIEL M. DONAHUE |
| --- | --- | --- | --- |
| Case Name: | STECKER, SCOTT E | Bank Name: | CONGRESSIONAL BANK |
| | | Account Number / CD #: | *******6211  GENERAL CHECKING |
| Taxpayer ID No: | *******9264 | | |
| For Period Ending: | 04/09/13 | Blanket Bond (per case limit): | $ 1,500,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 201 State Route 38<br>Malta, IL 60150 | | | | | |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| | COLUMN TOTALS | 53,224.42 | 53,224.42 | 0.00 |
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 53,224.42 | 53,224.42 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 53,224.42 | 53,224.42 | |
| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| TOTAL - ALL ACCOUNTS | GENERAL CHECKING - ********6211 | 53,224.42 | 53,224.42 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 53,224.42 | 53,224.42 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*